■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JOSEPH FISHER, Defendant. [22 NYS3d 896]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Westchester County, rendered July 31, 2003.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Balkin, J.P., Dickerson, Miller and Hinds-Radix, JJ., concur.